UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

February 10, 2026

Erinson R. Hernandez
217 SOUTHBRIDGE CIR
KISSIMMEE, FL 34744

Appeal Number: 26-10200-H
Case Style: Erinson Hernandez v. U.S. Bank National Association
District Court Docket No: 6:25-cv-02050-JSS
Secondary Case Number: 6:25bk03109GER

**DISMISSAL NOTICE**

Pursuant to 11th Cir. R. 42-1(b), **this appeal will be dismissed without further notice upon the expiration of 14 days from the date of this notice** unless:

The appellant files a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26.1-1(a)(1).

Note to Counsel: 11th Cir. R. 42-1(b) provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal." Eleventh Circuit IOP 1 to FRAP 26 provides that "Failure to timely file required documents . . . may result in possible disciplinary action against counsel as described in Addendum Eight."

Clerk's Office Phone Numbers
General Information:   404-335-6100     Attorney Admissions:          404-335-6122
Case Administration:   404-335-6135     Capital Cases:                404-335-6200
CM/ECF Help Desk:      404-335-6125     Cases Set for Oral Argument:  404-335-6141

Enclosure(s)

Appellant CIP Deficiency Notice